UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SIDONIE WOLF

VERSUS

AMERICAN INTER-FIEDLITY, EXCHANGE, ET AL.

CIVIL ACTION

22-554-SDD-EWD

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Erin Wilder-Doomes. dated December 15, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Remand*,[3] filed by Plaintiff Sidonie Wolf, which Defendants no longer oppose, is GRANTED, as Plaintiff has executed a binding, irrevocable stipulation that she cannot recover enough to meet the requisite amount in controversy, and that this matter is REMANDED to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana

Signed in Baton Rouge, Louisiana, on this 9th day of January, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 13.
[2] Rec. Doc. 24.
[3] Rec. Doc. 13.